To: U.S. District Court         December 31, 2013
    Judge Van Tatenhove
    310 S. Main St.
    London, Kentucky
          40741

Eastern District of Kentucky
**FILED**
JAN 10 2014
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

By: Werner Grentz
    Reg. No. 15601-032
    P.O. Box 14500
    Lexington, Kentucky
          40512

RE: Receiving Federal indictment, etc./Case No. 6:12-cr-12-GFVT-HAI-1

Dear Judge Van Tatenhove,

                Happy Holidays!!!!!!

    As Your Honor is aware, my name is Werner Grentz, the defendant who was recently convicted in the U.S. District Court for the Eastern District of Kentucky, at London, and is currently serving an 18 month sentence in the U.S. Bureau of Prisons.

    The instant communication is a request that I be allowed certain documents from the court.

    My intent is to file for relief under 28 U.S.C.S. 2255, in light of recent information received by my family.

These documents would include the indictment, plea agreement and sentencing transcripts concerning criminal case no. 6:12-cr-12-GFVT-HAI-1.

I realize that certain agreements were made between myself and the government, however, it has been brought to my attention that a miscarriage of justice occurred with respect to my sentencing.

Rather than bore Your Honor with the constitutional violations I wish to raise, I simply seek the above court documents at this time in order that a formal motion may be prepared in my endeavor to have my sentence corrected as allowed by law.

It is my understanding that I must challenge the performance of my attorney with respect to the matters I intend to raise, however, I am in need of the above documents before I am able to perform this act.

As I am indigent at this time, I ask that I not be required to prepay the court for the documents.

Any, and all, assistance that the court may be able to extend will be greatly appreciated.

Thank you.

Respectfully,

*[signature]*

Reg. No. 15601-032
P.O. Box 14500
Lexington, Kentucky
40512