Eastern District of Kentucky
**FILED**
Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT **JAN 29 2014**
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| United States District Court | District **(E.D. KY)** |
|---|---|
| Name (under which you were convicted): **WERNER GRENTZ** | Docket or Case No.: **6:12-cr-12-GVFT-HA1-1** |
| Place of Confinement: **FMC-LEXINGTON, KY.** | Prisoner No.: **15601-032** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. **WERNER GRENTZ** | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   **U.S. District Court/Eastern District of Kentucky (London Div)**

   (b) Criminal docket or case number (if you know): **6:12-cr-00012-GFVT-HAI-1**

2. (a) Date of the judgment of conviction (if you know): **June 18, 2013**

   (b) Date of sentencing: **June 18, 2013**

3. Length of sentence: **Eighteen Months Imprisonment; 3 Yrs. Sup. Rel.**

4. Nature of crime (all counts):
   **Failing to file tax return (26 USCS 7203)**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐  (2) Guilty ☒  (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ☐  Judge only ☐
   **N/A**

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒
8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒
9. If you did appeal, answer the following:
   (a) Name of court: **N/A**
   (b) Docket or case number (if you know): **N/A**
   (c) Result: **N/A**
   (d) Date of result (if you know): **N/A**
   (e) Citation to the case (if you know): **N/A**
   (f) Grounds raised: **N/A**

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): **N/A**
   (2) Result: **N/A**

   (3) Date of result (if you know): **N/A**
   (4) Citation to the case (if you know): **N/A**
   (5) Grounds raised: **N/A**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: **N/A**
        (2) Docket or case number (if you know): **N/A**
        (3) Date of filing (if you know): **N/A**

(4) Nature of the proceeding: **N/A**

(5) Grounds raised: **N/A**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❑ No ❑ **N/A**

(7) Result: **N/A**

(8) Date of result (if you know): **N/A**

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: **N/A**

(2) Docket or case number (if you know): **N/A**

(3) Date of filing (if you know): **N/A**

(4) Nature of the proceeding: **N/A**

(5) Grounds raised: **N/A**

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❑ No ❑ **N/A**

(7) Result: **N/A**

(8) Date of result (if you know): **N/A**

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ❑ No ❑ **N/A**

(2) Second petition: Yes ❑ No ❑ **N/A**

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: **Defense Counsel Advised Against Filing An Appeal.**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE: Movant's plea of guilty was not knowing and intelligent, due to ineffective assistance of counsel during the plea stage of the criminal proceedings.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**Prior to advising this movant to plead guilty, counsel failed to properly inform this movant of the laws relevant to his criminal case or how the United States Sentencing Guidelines operated. Counsel's failure to so properly advise this movant resulted in this movant pleading guilty to an offense not charged in the indictment and a sentence for conduct the movant neither pled guilty to nor admitted as an element of the offense of conviction. Had movant been properly advised he would have elected to proceed to trial in this matter, as the plea was, in fact, a sham in light of the fact this movant was sentenced for conduct which was supposedly dismissed in return for his plea of guilty.**

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑   No ❑   **No appeal taken**

   (2) If you did not raise this issue in your direct appeal, explain why:

   **Defense counsel's misleading conduct deprived this movant of any opportunity to appeal the matter.**

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: **N/A**

   Name and location of the court where the motion or petition was filed: **N/A**

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏  No ❏  N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏  No ❏  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):  N/A

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   Ineffective Assistance of Counsel

GROUND TWO: Movant was denied his constitutional right to the effective assistance of counsel at sentencing.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
At sentencing, defense counsel failed to object to the base offense level handed this movant, as required by U.S. Sentencing Guidelines, Section 1B1.1, which resulted in a base offense level being set which took all counts in the indictment into account when arriving at the Base Offense Level. Had counsel objected, chances were extremely good this movant's base offense level would have been tremendously lower than that given. Counsel's failure to familiarize himself with U.S. Sentencing Guidelines resulted in a higher base offense level and a longer sentence of imprisonment for this movant.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
**Ineffective assistance of counsel**

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐ N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐  N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **Ineffective assistance of counsel**

**GROUND THREE: Movant was denied his right to effective assistance of counsel during plea negotiations.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel convinced this movant to waive his right to appeal the conviction and sentence in this case, however, this waiver was the result of ineffective assistance of counsel based on the issues raised in Grounds One and Two. This movant received ineffective assistance of counsel as guaranteed under the U.S. Constitution. Indeed, this movant's federal sentence was enhanced based on additional criminal conduct neither charged in the count of conviction, nor admitted to by this movant, which denied him due process of law. While this movant is a layman in matters of law, this ignorance should not suffice to justify his having to suffer under a conviction which was based on an unknowing and unintelligent plea - nor serve a sentence which was imposed illegally.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

**Ineffective assistance of counsel**

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐ **N/A**

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: **N/A**

Name and location of the court where the motion or petition was filed:

**N/A**

Docket or case number (if you know): **N/A**

Date of the court's decision: **N/A**

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A


GROUND FOUR: Reserved (F.R.Civ.Proc., 15(a))

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Movant reserves his right to amend his 28 USCS 2255 motion pursuant to Federal Rules of Civil Procedure, 15(a). Should more evidence become available between the time of the filing of the instant motion and the one-year deadline as allowed under the Antiterrorism Act (Anti-Terrorism and Effective Death Penalty Act of 1996), the movant will amend his motion.

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑ **N/A**

    (2) If you did not raise this issue in your direct appeal, explain why:

              **N/A**

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑     **N/A**

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:    **N/A**

Name and location of the court where the motion or petition was filed:

              **N/A**

Docket or case number (if you know):   **N/A**

Date of the court's decision: **N/A**

Result (attach a copy of the court's opinion or order, if available):

              **N/A**

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑   **N/A**

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑ **N/A**

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑ **N/A**

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

              **N/A**

Docket or case number (if you know): **N/A**

Date of the court's decision: **N/A**

Result (attach a copy of the court's opinion or order, if available):

              **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

None of the grounds for relief raised herein have been previously been raised before. The movant would submit that he received ineffective assistance of counsel and that any responsibility for not raising these grounds previously should be attributed to the federal government. None of the facts were available to this movant as it was not until he arrived at the U.S. Bureau of Prisons (and had access to a law library) that he knew of the violations.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

Greta Gail Stamper, 225 Main St., Williamsburg, KY. 40769

(b) At arraignment and plea:

Same as above

(c) At trial:    N/A (Plea of Guilty)

(d) At sentencing: Robert M. Murphy, Jarrod James Beck, 709 Millpond Rd., Lexington, KY. 40514

(e) On appeal:

**No appeal taken**

(f) In any post-conviction proceeding:
   N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:
   N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐ No ☒ **Not formally**

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:   N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☐  N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

> The movant herein was sentenced on June 18, 2013, thus, his instant motion is timely under the AEDPA.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: **(1) To vacate his sentence and resentence him only for the monies concerning said count, or; (2) To vacate his conviction and set this matter for trial.......**
or any other relief to which movant may be entitled.

                                  **N/A (Acting pro se)**
                                  Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

(month, date, year).

**January 20th, 2014**

Executed (signed) on **01/20/2014** (date).

                                  Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

        **N/A**